**Motion Granted and Reinstatement Order filed February 6, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00633-CV
_____

**WAUGHSUP, LLC, JOSEPH MARTIN, CALTECH MANAGEMENT, INC., AND TURNO INTERNATIONAL, INC., Appellants**

**V.**

**CHARLES WATKINS AND PAULA DAVILA, Appellees**

---

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2012-64701**

---

## REINSTATEMENT ORDER

Appellee, Charles Watkins, petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 17-33611. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellee's bankruptcy filing, on June 15, 2017, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On January 31, 2018, appellants filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a). Attached to the motion is a true copy of the bankruptcy court's order dismissing the bankruptcy case.

The motion is granted. Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.

Appellees' brief is due to be filed with the clerk of this court on or before **March 8, 2018**.

PER CURIAM